# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: 0:21−cr−00051−DWF−TNL−1
### *Internal Use Only*

Case title: USA v. Jackson

Magistrate judge case number:  0:21−mj−00157−ECW

Date Filed: 02/25/2021

Date Terminated: 09/01/2022

---

Assigned to: Judge Donovan W.
Frank
Referred to: Magistrate Judge
Tony N. Leung

### Defendant (1)

| | | |
|---|---|---|
| **Edell Jackson**<br>*TERMINATED: 09/01/2022* | represented by | **Daniel L Gerdts**<br>Daniel L Gerdts, Lawyer<br>331 Second Avenue South<br>Suite 705<br>Minneapolis, MN 55401<br>612−800−5086<br>Email: daniel@danielgerdtslaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **Katherian D Roe**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>612−664−5858<br>Fax: 612−664−5850<br>Email: katherian_roe@fd.org<br>*TERMINATED: 02/26/2021*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) and 924(e) ARMED CAREER CRIMINAL IN POSSESSION OF A FIREARM (1) | Custody of the BOP for 108 months; 3 years supervised release; $100.00 special assessment |

**Highest Offense Level
(Opening)**

Felony

**Terminated Counts**                          **Disposition**

None

**Highest Offense Level
(Terminated)**

None

**Complaints**                                 **Disposition**

Felon in possession of a firearm
in violation of 18:922(g)(1) and
924(a)(2)

---

**Plaintiff**

**USA**                          represented by   **Angela M Munoz**
                                                  DOJ–USAO
                                                  300 South 4th Street
                                                  Suite 600
                                                  Minneapolis, MN 55415
                                                  612–664–5779
                                                  Email: angela.munoz@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Thomas Calhoun–Lopez**
                                                  United States Attorney's Office
                                                  300 S 4th St Ste 600
                                                  Minneapolis, MN 55415
                                                  612–664–5600
                                                  Fax: 612–664–5786
                                                  Email: thomas.calhoun–lopez@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|------------|---|------|-------------|
| 02/22/2021 | 1 | | COMPLAINT by USA Thomas Calhoun–Lopez with affidavit of William Wethington (ATF) as to Edell Jackson (1) by Magistrate Judge Elizabeth Cowan Wright. (Attachments: # 1 Affidavit) (SAE) [0:21–mj–00157–ECW] (Entered: 02/22/2021) |

| Date | No. | | Description |
|---|---|---|---|
| 02/22/2021 | 2 | | Bench Warrant Issued as to Edell Jackson by Magistrate Judge Elizabeth Cowan Wright. (SAE) [0:21−mj−00157−ECW] (Entered: 02/22/2021) |
| 02/24/2021 | 3 | | APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM as to Edell Jackson. Writ issued and delivered to the USM on 2/24/2021. cc: USA Signed by Magistrate Judge Elizabeth Cowan Wright on 2/24/2021. (MME) [0:21−mj−00157−ECW] (Entered: 02/24/2021) |
| 02/25/2021 | 4 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Initial Appearance as to Edell Jackson held on 2/25/2021. Counsel appointed. Detention hearing to be held immediately following initial appearance. Preliminary Examination set for 3/1/2021 at 10:30 AM via Video Conference (no courtroom) before Magistrate Judge Hildy Bowbeer. Deft consented to hearing via video conference. (MME)[0:21−mj−00157−ECW] Modified text on 2/26/2021 (MME). (Entered: 02/25/2021) |
| 02/25/2021 | 5 | | Minute Entry for proceedings held before Magistrate Judge Elizabeth Cowan Wright: Detention Hearing as to Edell Jackson held on 2/25/2021. Deft ordered detained − Govt to submit proposed order. Deft consented to hearing via video conference. (MME) [0:21−mj−00157−ECW] (Entered: 02/25/2021) |
| 02/25/2021 | 6 | | INDICTMENT (Unsealed 03/02/2021) assigned to Judge Donovan W. Frank referred to Magistrate Judge Tony N. Leung by USA Thomas Calhoun−Lopez as to Edell Jackson (1) count 1. Forfeiture allegations as to this indictment. (MKB) Modified text on 3/2/2021 (LEG). DOCUMENT QC'd by KT on 3/4/21. (kt) (Entered: 02/26/2021) |
| 02/25/2021 | 7 | | Defendant Information Sheet as to Edell Jackson. (Attachments: # 1 Original Signature Page) (MKB)DOCUMENT QC'd by KT on 3/4/21. (kt) (Entered: 02/26/2021) |
| 02/25/2021 | 8 | | Oral Motion to Seal pursuant to LR 49.1 the Indictment be sealed and remain sealed until the defendants have had their first appearanceby USA as to Edell Jackson. (MKB) (Entered: 02/26/2021) |
| 02/25/2021 | 9 | | Oral Order granting Motion to Seal pursuant to Rule 49.1(d) of the Local Rules for the District of Minnesota, the indictments proposed to be filed under seal be so filed and remain sealed until the defendant make his/her initial appearance before the court as to Edell Jackson (1) by Judge Eric C. Tostrud on 2/25/21. (MKB) (Entered: 02/26/2021) |
| 02/26/2021 | 10 | | ORDER APPOINTING ATTORNEY as to Edell Jackson. Daniel L Gerdts for Edell Jackson appointed. Signed by Magistrate Judge Elizabeth Cowan Wright on 2/26/2021. cc: DC and USA (JAM) (Entered: 02/26/2021) |
| 02/26/2021 | 11 | | (Text−Only) NOTICE TO ATTORNEY as to Edell Jackson. Due to the indictment, Preliminary Examination set for 3/1/2021 at 10:30 AM via Video Conference (no courtroom) before Magistrate Judge Hildy Bowbeer is CANCELED/moot. Arraignment hearing to be scheduled at a time TBD. cc: USA, DC and USM. (SAE) (Entered: 02/26/2021) |
| 02/26/2021 | | | *** Terminate Deadlines and Hearings as to Edell Jackson: Preliminary Examination set for 3/1/2021 at 10:30 AM via Video Conference (no courtroom) before Magistrate Judge Hildy Bowbeer is CANCELED. (SAE) (Entered: 02/26/2021) |

| 02/26/2021 | 12 | | ARRAIGNMENT NOTICE AND SCHEDULING ORDER as to Edell Jackson. Government Disclosure due by 3/5/2021. Motions due by 3/19/2021. Arraignment Hearing set for 4/13/2021 at 10:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Motion Hearing set for 4/13/2021 at 10:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. Voir Dire due by 4/23/2021. Jury Trial set for 5/3/2021 at 09:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. Signed by Magistrate Judge Tony N. Leung on 2/26/2021. (Attachments: # 1 LR 12.1) cc: USA and DC (SAE) Modified text on 3/1/2021 (SAE). (Entered: 03/01/2021) |
| 02/26/2021 | | | *** Set/Reset Deadlines/Hearings as to Edell Jackson: Arraignment set for 4/13/2021 at 10:00 AM in Courtroom 9W (MPLS) before Magistrate Judge Tony N. Leung. (SAE) (Entered: 03/01/2021) |
| 03/02/2021 | 13 | | (Text−Only) ORDER FOR PARTY TO FILE DOCUMENT/RESPOND TO COURT as to Edell Jackson. On February 12, 2021, Chief District Judge John R. Tunheim issued General Order No. 26, "In Re: Updated Guidance to Court Operations Under the Exigent Circumstances Created by COVID−19." General Order No. 26 continues to encourage the use of videoconferencing in criminal proceedings and states that, with the defendant's consent, criminal proceedings will be conducted by videoconferencing, or telephone conferencing if videoconferencing is not reasonably available. Accordingly, should Defendant file pretrial motions, counsel for Defendant shall also file a letter indicating whether Defendant consents to a motion hearing by videoconference. Ordered by Magistrate Judge Tony N. Leung on 3/2/2021. (HAM) (Entered: 03/02/2021) |
| 03/02/2021 | 14 | | DOCUMENT FILED IN ERROR MOTION to Unseal Document by USA as to Edell Jackson. (lmb) Modified text on 3/2/2021 (JAM). (Entered: 03/02/2021) |
| 03/02/2021 | 15 | | MOTION to Unseal Case by USA as to Edell Jackson. (JAM) Document QC'd by JME on 3/11/2021 (JME). (Entered: 03/02/2021) |
| 03/02/2021 | 16 | | ORDER granting 15 Motion to Unseal Case as to Edell Jackson (1). Signed by Magistrate Judge Hildy Bowbeer on 3/2/2021. (JAM) Modified text on 3/2/2021 (LEG). (Entered: 03/02/2021) |
| 03/09/2021 | 18 | | ORDER OF DETENTION as to Edell Jackson. Signed by Magistrate Judge Elizabeth Cowan Wright on 3/9/2021. (SAE) (Entered: 03/09/2021) |
| 03/19/2021 | 19 | | (Text−Only) NOTICE to Magistrate Judge Tony N. Leung: I have met with my client. Edell Jackson does not consent to a Video Conference for a Motion Hearing. (Gerdts, Daniel) (Entered: 03/19/2021) |
| 03/19/2021 | 20 | | MOTION for Discovery by Edell Jackson. (Gerdts, Daniel) (Entered: 03/19/2021) |
| 03/19/2021 | 21 | | MOTION to Preserve *Rough Notes* by Edell Jackson. (Gerdts, Daniel) (Entered: 03/19/2021) |
| 03/19/2021 | 22 | | MOTION to Suppress *Electronic Surveillance Evidence* by Edell Jackson. (Gerdts, Daniel) (Entered: 03/19/2021) |
| 03/19/2021 | 23 | | |

| | | | MOTION to Suppress *Search and Seizure Evidence* by Edell Jackson. (Gerdts, Daniel) (Entered: 03/19/2021) |
|---|---|---|---|
| 03/19/2021 | 24 | | MOTION to Suppress *Statements of Defendant* by Edell Jackson. (Gerdts, Daniel) (Entered: 03/19/2021) |
| 03/21/2021 | 25 | | REQUEST FOR DISCOVERY *and Other Pretrial Demands* as to Edell Jackson (Gerdts, Daniel) (Entered: 03/21/2021) |
| 03/23/2021 | 26 | | ORDER: Arraignment and criminal motions hearing as to Edell Jackson have been continued. Please reference the Court's Administrative Orders located at www.mnd.uscourts.gov/coronavirus−covid−19−guidance.<br><br>Arraignment set for 6/4/2021 at 01:00 PM in **Courtroom 6A (STP)** before Magistrate Judge Tony N. Leung.<br><br>Motion Hearing set for 6/4/2021 at 01:00 PM in **Courtroom 6A (STP)** before Magistrate Judge Tony N. Leung.<br><br>Voir Dire due by 7/23/2021.<br><br>Jury Trial set for 8/2/2021 at 09:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank.<br><br>**All other deadlines from the Court's February 26, 2021 Arraignment Notice & Scheduling Order, ECF No. 12, remain in full force and effect.**<br><br>Signed by Magistrate Judge Tony N. Leung on 3/23/2021. (EB) (Entered: 03/23/2021) |
| 03/23/2021 | | | *** Set/Reset Deadlines/Hearings as to Edell Jackson: Arraignment set for 6/4/2021 at 01:00 PM in Courtroom 6A (STP) before Magistrate Judge Tony N. Leung. Jury Trial set for 8/2/2021 at 09:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. Motion Hearing set for 6/4/2021 at 01:00 PM in Courtroom 6A (STP) before Magistrate Judge Tony N. Leung. Voir Dire due by 7/23/2021. (KNK) (Entered: 03/25/2021) |
| 03/31/2021 | 27 | | RESPONSE to Motion by USA as to Edell Jackson re 23 MOTION to Suppress *Search and Seizure Evidence*, 20 MOTION for Discovery , 21 MOTION to Preserve *Rough Notes*, 22 MOTION to Suppress *Electronic Surveillance Evidence*, 24 MOTION to Suppress *Statements of Defendant* (Calhoun−Lopez, Thomas) (Entered: 03/31/2021) |
| 03/31/2021 | 28 | | NOTICE *of Intent to Call Witnesses* by USA as to Edell Jackson re 27 Response to Motion, (Calhoun−Lopez, Thomas) (Entered: 03/31/2021) |
| 06/04/2021 | 29 | | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Motion Hearing as to Edell Jackson held on 6/4/2021:<br><br>**Non−Dispositive Motions 20, 21** taken under advisement 6/4/2021. Order to be issued;<br><br>**Dispositive Motions 22, 23, 24** require additional briefing and will be taken under advisement as of the latest briefing due date: |

| | | | |
|---|---|---|---|
| | | | Defendant Additional Briefing due 7/9/2021. Government Additional Briefing due 7/26/2021. **R&R Issue Date 8/25/2021.** (Court Reporter Carla Bebault) (EB) (Entered: 06/04/2021) |
| 06/04/2021 | 30 | | Minute Entry for proceedings held before Magistrate Judge Tony N. Leung: Arraignment as to Edell Jackson (1) Count 1 held on 6/4/2021. Not Guilty Plea entered. (Court Reporter Carla Bebault) (HAM) (Entered: 06/07/2021) |
| 06/09/2021 | 31 | | TRANSCRIPT REQUEST for an Expedited 14–Day Transcript of 30 Arraignment, 29 Motion Hearing,, to Court Reporter Carla Bebault. (RLP) (Entered: 06/09/2021) |
| 06/10/2021 | 32 | | TRANSCRIPT REQUEST for a COPY OF TRANSCRIPT 30 Arraignment, 29 Motion Hearing,, to Court Reporter Carla Bebault. (Calhoun–Lopez, Thomas) (Entered: 06/10/2021) |
| 06/18/2021 | 33 | | TRANSCRIPT of Motions Hearing held on 6/4/2021 before Magistrate Judge Tony N. Leung as to Edell Jackson. (46 pages). Court Reporter: Carla Bebault. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*.<br><br>**Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u> >Transcripts, Court Reporters and Digital Audio Recordings*.<br><br>Notice Intent/No Intent to Request Redactions due 6/25/2021.<br>Redaction Request due 7/9/2021.<br>Redacted Transcript Deadline set for 7/19/2021.<br>Release of Transcript Restriction set for 9/16/2021.<br>(CRB) (Entered: 06/18/2021) |
| 07/09/2021 | 34 | | MEMORANDUM in Support by Edell Jackson re 23 MOTION to Suppress *Search and Seizure Evidence*, 20 MOTION for Discovery , 22 MOTION to Suppress *Electronic Surveillance Evidence* (Gerdts, Daniel) (Entered: 07/09/2021) |
| 07/26/2021 | 35 | | RESPONSE in Opposition by USA as to Edell Jackson re 23 MOTION to Suppress *Search and Seizure Evidence*, 22 MOTION to Suppress *Electronic Surveillance Evidence*, 24 MOTION to Suppress *Statements of Defendant* (Calhoun–Lopez, Thomas) (Entered: 07/26/2021) |
| 08/25/2021 | 36 | | REPORT AND RECOMMENDATION as to Edell Jackson re 22 MOTION to Suppress *Electronic Surveillance Evidence*, 23 MOTION to Suppress *Search and Seizure Evidence*, and 24 MOTION to Suppress *Statements of Defendant*. Objections to R&R due 9/8/2021. Responses to Objections to R&R due by 9/22/2021. Order on R&R Issue Date 10/22/2021. Signed by Magistrate Judge Tony N. Leung on 8/25/2021. (EB) (Entered: 08/25/2021) |
| 08/25/2021 | 37 | | ORDER granting in part, denying in part, and denying in part as moot 20 Motion for Discovery and granting 21 Motion to Preserve as to Edell Jackson (1). Signed by Magistrate Judge Tony N. Leung on 8/25/2021. (Written Opinion) (EB) (Entered: 08/25/2021) |

| 09/08/2021 | 38 | | OBJECTION TO 36 REPORT AND RECOMMENDATIONS by Edell Jackson (Gerdts, Daniel) (Entered: 09/08/2021) |
|---|---|---|---|
| 09/14/2021 | 39 | | MOTION for Furlough by Edell Jackson. (Gerdts, Daniel) (Entered: 09/14/2021) |
| 09/14/2021 | 40 | | RESPONSE in Opposition by USA as to Edell Jackson re 39 MOTION for Furlough (Calhoun–Lopez, Thomas) (Entered: 09/14/2021) |
| 09/16/2021 | 41 | | ORDER respectfully denying 39 Motion for Furlough as to Edell Jackson (1). Signed by Magistrate Judge Tony N. Leung on 9/16/2021. (EB) (Entered: 09/16/2021) |
| 09/22/2021 | 42 | | REPLY TO RESPONSE to Motion by USA as to Edell Jackson re 36 REPORT AND RECOMMENDATION as to Edell Jackson re 23 MOTION to Suppress *Search and Seizure Evidence*, 22 MOTION to Suppress *Electronic Surveillance Evidence*, 24 MOTION to Suppress *Statements of Defendant* (Calhoun–Lopez, Thomas) (Entered: 09/22/2021) |
| 10/20/2021 | 43 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Edell Jackson – Defendant Edell Jackson's objections (Doc. No. 38 ) to Magistrate Judge Tony N. Leung's August 25, 2021 Report and Recommendation are OVERRULED. Magistrate Judge Tony N. Leung's August 25, 2021 Report and Recommendation (Doc. No. 36 ) is ADOPTED.Defendant's Motion to Suppress Search and Seizure Evidence (Doc. No. 23 ) is DENIED. Defendant's Motion to Suppress Electronic Surveillance Evidence (Doc. No. 22 ) is DENIED as moot. Defendant's Motion to Suppress Statements Made by Defendant (Doc. No. 24 is DENIED as moot. Signed by Judge Donovan W. Frank on 10/20/2021. (las) (Entered: 10/20/2021) |
| 10/27/2021 | 44 | | REQUEST for a 30–day TRANSCRIPT of a Digital Audio Recording. (JGK) (Entered: 10/27/2021) |
| 12/01/2021 | 45 | | ORDER as to Edell Jackson. Jury Trial is NOW set for 3/7/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. The Court will issue a subsequent trial management order setting trial document due dates and the pretrial conference. Signed by Judge Donovan W. Frank on 12/1/2021. (las) (Entered: 12/01/2021) |
| 02/01/2022 | 46 | | ORDER SETTING TRIAL DEADLINES AND PRETRIAL CONFERENCE as to Edell Jackson. Trial documents due by 2/17/2022. Pretrial Conference set for 3/1/2022 at 09:30 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. Jury Trial set for 3/7/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. Signed by Judge Donovan W. Frank on 2/1/2022. (las) (Entered: 02/01/2022) |
| 02/02/2022 | 47 | | NOTICE OF ATTORNEY APPEARANCE as CO–COUNSEL for USA. (Calhoun–Lopez, Thomas) (Entered: 02/02/2022) |
| 02/17/2022 | 48 | | TRIAL BRIEF by USA as to Edell Jackson (Calhoun–Lopez, Thomas) (Entered: 02/17/2022) |
| 02/17/2022 | 49 | | MOTION in Limine by USA as to Edell Jackson. (Calhoun–Lopez, Thomas) (Entered: 02/17/2022) |
| 02/17/2022 | 50 | | |

| | | | |
|---|---|---|---|
| | | | Proposed Voir Dire by USA as to Edell Jackson (Calhoun–Lopez, Thomas) (Entered: 02/17/2022) |
| 02/17/2022 | 51 | | Proposed Jury Instructions by USA as to Edell Jackson (Calhoun–Lopez, Thomas) (Entered: 02/17/2022) |
| 02/17/2022 | 53 | | Proposed Jury Instructions by Edell Jackson (Gerdts, Daniel) (Entered: 02/17/2022) |
| 02/17/2022 | 54 | | Proposed Voir Dire by Edell Jackson (Gerdts, Daniel) (Entered: 02/17/2022) |
| 02/17/2022 | 55 | | MOTION in Limine *to Exclude Proposed Government Exhibits* by Edell Jackson. (Gerdts, Daniel) (Entered: 02/17/2022) |
| 02/17/2022 | 56 | | MOTION in Limine *to Limit Proposed Expert Testimony* by Edell Jackson. (Gerdts, Daniel) (Entered: 02/17/2022) |
| 02/25/2022 | 57 | | RESPONSE in Opposition by USA as to Edell Jackson re 56 MOTION in Limine *to Limit Proposed Expert Testimony*, 55 MOTION in Limine *to Exclude Proposed Government Exhibits* (Calhoun–Lopez, Thomas) (Entered: 02/25/2022) |
| 03/01/2022 | 58 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Pretrial Conference as to Edell Jackson held on 3/1/2022. Written Order to be issued. Jury Trial to commence 03/07/2022 at 8:30 am. Defendant remanded custody of USMS. (Court Reporter Lynne Krenz) (las) (Entered: 03/01/2022) |
| 03/06/2022 | | | *** Hearing/Trial Days: Jury Trial set for 3/8/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. Jury Trial set for 3/9/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. Jury Trial set for 3/10/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. Jury Trial set for 3/11/2022 at 09:00 AM in Courtroom 7D (STP) before Judge Donovan W. Frank. (las) (Entered: 03/06/2022) |
| 03/07/2022 | 60 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial begun on 3/7/2022 Edell Jackson (1) on Count 1. Jury Selected & Jury Impaneled. Trial continued to March 8, 2022, at 9:00 am Courtroom 7D. Deft remanded to custody of USMS. (Court Reporter Erin Drost) (las) Modified text on 3/8/2022 (las). (Entered: 03/08/2022) |
| 03/07/2022 | 62 | | AMENDED Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial begun on 3/7/2022 Edell Jackson (1) on Count 1. Jury Selected & Jury Impaneled. Trial continued to March 8, 2022, at 9:00 am Courtroom 7D. Deft remanded to custody of USMS. (Court Reporter Erin Drost) (las) (Entered: 03/09/2022) |
| 03/08/2022 | 61 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial as to Edell Jackson held on 3/8/2022. Plaintiff's witnesses: Officer Jacob Wilkins, Deputy Megan Thompson, Deputy Kate Deering,Officer Jacob Spies, Detective Jeremy Whittenburg, SA William Wethington. Deft remanded custody of USMS. Trial cont. to 3/9/2022 at 9:00 am. (Court Reporter Erin Drost) (las) Modified file date & text on 3/9/2022 (las). (Entered: 03/09/2022) |
| 03/09/2022 | 63 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial as to Edell Jackson held on 3/9/2022. Plaintiff's witnesses: Matthew P Viscasillas, SA Bryan Lerboog, Emily Thiessen, Dr. Sunyoung |

| | | | |
|---|---|---|---|
| | | | Kim–Kleinedler, Jessica Hansen. Plaintiff rests. Defendant's witness: Edell Jackson. Defendant rests. Defendant's motion(s) of acquittal is denied. Trial continued to March 10, 2022 at 8:45 am resuming with Jury at 10:00 am. Defendant remanded custody of USMS. (Court Reporter Erin Drost) (las) (Entered: 03/10/2022) |
| 03/10/2022 | 64 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial as to Edell Jackson held on 3/10/2022. Charge conference and oral evidentiary motions. Court ruled on consistent with comments from the bench. Plaintiff's rebuttal witness: SA William Wethington. Plaintiff and Defendant rests. Closing arguments. Jury Instructions. Jury received case and deliberations began at 2:54 pm. Trial to resume with deliberations at 8:00 am on 3/11/2022. Deft remanded custody of USMS. (Court Reporter Erin Drost) (las) (Entered: 03/10/2022) |
| 03/10/2022 | 65 | | FINAL Jury Instructions as to Edell Jackson (las) (Entered: 03/10/2022) |
| 03/11/2022 | 66 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Jury Trial as to Edell Jackson held on 3/11/2022. Jury deliberations resumed – Guilty Verdict to count 1. Clerk directed to file verdict. PSI requested. Defendant remanded custody of USMS. (Court Reporter Lynne Krenz) (las) (Entered: 03/11/2022) |
| 03/11/2022 | 67 | | REDACTED JURY VERDICT as to Edell Jackson (1) Guilty on Count 1. ***Pursuant to Fed. R. Crim. P. 49.1, an unredacted version of this document is filed under seal with the clerk. (Attachments: # 1 SEALED Original Jury Verdict)(MKB) Document QC'd on 3/17/2022 (CLK). (Entered: 03/11/2022) |
| 03/11/2022 | 68 | | REDACTED JURY QUESTION(s) No. 1 as to Edell Jackson. Pursuant to Fed. R. Crim. P. 49.1, an unredacted version of this document is filed under seal. (Attachments: # 1 SEALED Original Jury Question(s))(MKB) Document QC'd on 3/17/2022 (CLK). (Entered: 03/11/2022) |
| 03/11/2022 | 69 | | REDACTED JURY QUESTION(s) No. 2 as to Edell Jackson. Pursuant to Fed. R. Crim. P. 49.1, an unredacted version of this document is filed under seal. (Attachments: # 1 SEALED Original Jury Question(s))(MKB) Document QC'd on 3/17/2022 (CLK). (Entered: 03/11/2022) |
| 03/11/2022 | 70 | | ANSWER OF THE COURT TO JURY QUESTION #1. (MKB) Document QC'd on 3/17/2022 (CLK). (Entered: 03/11/2022) |
| 03/11/2022 | 71 | | ANSWER OF THE COURT TO JURY QUESTION #2. (MKB) Document QC'd on 3/17/2022 (CLK). (Entered: 03/11/2022) |
| 03/14/2022 | 72 | | COURT'S FINAL WITNESS LIST as to Edell Jackson (Restricted Document). (las) (Entered: 03/14/2022) |
| 03/14/2022 | 73 | | COURT'S FINAL EXHIBIT LIST as to Edell Jackson (las) (Entered: 03/14/2022) |
| 03/21/2022 | 74 | | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript of 63 Jury Trial, to Court Reporter Erin Drost. (JGK) (Entered: 03/21/2022) |
| 03/22/2022 | 75 | | TRANSCRIPT REQUEST for an Expedited 7–Day Transcript of 63 Jury Trial, to Court Reporter Erin Drost. (JGK) (Entered: 03/22/2022) |

| | | | |
|---|---|---|---|
| 03/28/2022 | 76 | | PARTIAL TRANSCRIPT (Excerpt) of testimony of Edell Jackson from Trial held on 3/9/2022 before Judge Donovan W. Frank as to Edell Jackson. (60 pages). Court Reporter: Erin Drost. For a copy of the transcript, please file a Transcript Request under *Other Filings/Other Documents*. <br><br> **Parties have 7 days to file a *Notice of Intent to Request Redaction*. In accordance with Judicial Conference policy and <u>Local Rule 80.1</u>, the transcript may be released and made remotely electronically available to the public in 90 days.** For further information on redaction procedures, please review <u>Local Rule 5.5</u> and *<u>Case Information</u> >Transcripts, Court Reporters and Digital Audio Recordings*. <br><br> Notice Intent/No Intent to Request Redactions due 4/4/2022. <br> Redaction Request due 4/18/2022. <br> Redacted Transcript Deadline set for 4/28/2022. <br> Release of Transcript Restriction set for 6/27/2022. <br> (EDD) (Entered: 03/28/2022) |
| 03/30/2022 | 77 | | MOTION FOR PRELIMINARY ORDER OF FORFEITURE by USA as to Edell Jackson. (Calhoun–Lopez, Thomas) (Entered: 03/30/2022) |
| 03/30/2022 | 78 | | PROPOSED ORDER TO JUDGE re 77 MOTION FOR PRELIMINARY ORDER OF FORFEITURE by USA as to Edell Jackson (Calhoun–Lopez, Thomas) (Entered: 03/30/2022) |
| 03/30/2022 | 79 | | PRELIMINARY ORDER OF FORFEITURE – Granting 77 Motion for Preliminary Order of Forfeiture as to Edell Jackson (1). Signed by Judge Donovan W. Frank on 3/30/2022. (las) (Entered: 03/30/2022) |
| 04/29/2022 | 80 | | Letter to the Court re: Preliminary Notice as to Edell Jackson. (CNS) (Entered: 04/29/2022) |
| 04/29/2022 | 81 | | PRELIMINARY PRESENTENCE REPORT as to Edell Jackson (Restricted Document). (CNS) (Entered: 04/29/2022) |
| 05/13/2022 | 82 | | MOTION for Extension of Time to File Objections to Presentence Investigation Report by Edell Jackson. (Gerdts, Daniel) (Entered: 05/13/2022) |
| 05/13/2022 | 83 | | (Text–Only) ORDER granting 82 Motion for Extension of Time to File Objections to Presentence Investigation Report as to Edell Jackson (1). The parties shall file their objections by May 27, 2022. Ordered by Judge Donovan W. Frank on 5/13/2022. (las) (Entered: 05/13/2022) |
| 05/27/2022 | 84 | | SEALED OBJECTION to 81 Presentence Report/Addendum by Edell Jackson. (Gerdts, Daniel) (Entered: 05/27/2022) |
| 05/30/2022 | 85 | | DOCUMENT FILED IN ERROR, REFILED AT 86 . Letters, E–mails, and Other Sentencing Hearing Materials by Edell Jackson (Restricted Document). (Gerdts, Daniel) Modified text on 5/31/2022 (MMG). (Entered: 05/30/2022) |
| 05/30/2022 | 86 | | Letters, E–mails, and Other Sentencing Hearing Materials by Edell Jackson (Restricted Document). (Gerdts, Daniel) (Entered: 05/30/2022) |
| 06/03/2022 | 87 | | DECLARATION *OF PUBLICATION* by USA as to Edell Jackson (Attachments: # 1 Attachment 1) (Baune, Craig) (Entered: 06/03/2022) |

| | | | |
|---|---|---|---|
| 06/06/2022 | 88 | | &#040Text−Only&#041 NO OBJECTIONS to 81 Presentence Report/Addendum by USA as to Edell Jackson. (Calhoun−Lopez, Thomas) (Entered: 06/06/2022) |
| 07/01/2022 | 89 | | Letter to the Court re: Final Notice as to Edell Jackson (Restricted Document). (NJS) (Entered: 07/01/2022) |
| 07/01/2022 | 90 | | PRESENTENCE REPORT/ADDENDUM as to Edell Jackson (Restricted Document). (NJS) (Entered: 07/01/2022) |
| 07/14/2022 | 92 | | (Text−Only) NOTICE of Setting Sentencing as to Edell Jackson: Sentencing set for 8/9/2022 at 11:00 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. (las) (Entered: 07/14/2022) |
| 07/15/2022 | 93 | | MOTION for Extension of Time to File Position Pleadings by Edell Jackson. (Gerdts, Daniel) (Entered: 07/15/2022) |
| 07/18/2022 | 94 | | (Text−Only) ORDER granting 93 Motion for Extension of Time to File Position Pleadings as to Edell Jackson (1). The parties shall file a Sentencing Position by July 19, 2022. Ordered by Judge Donovan W. Frank on 7/18/2022. (las) (Entered: 07/18/2022) |
| 07/19/2022 | 95 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by USA as to Edell Jackson (Calhoun−Lopez, Thomas) (Entered: 07/19/2022) |
| 07/19/2022 | 96 | | POSITION ON SENTENCING/SENTENCING MEMORANDUM by Edell Jackson (Gerdts, Daniel) (Entered: 07/19/2022) |
| 08/05/2022 | 97 | | (Text−Only) NOTICE of Rescheduling Sentencing as to Edell Jackson: The August 9, 2022 Sentencing HAS BEEN RESCHEDULED and SENTENCING IS NOW set for 8/26/2022 at 09:30 AM in Courtroom 7C (STP) before Judge Donovan W. Frank. (las) (Entered: 08/05/2022) |
| 08/11/2022 | 98 | | Letters, E−mails, and Other Sentencing Hearing Materials by Edell Jackson (Restricted Document). (Gerdts, Daniel) (Entered: 08/11/2022) |
| 08/11/2022 | 99 | | Letters, E−mails, and Other Sentencing Hearing Materials by Edell Jackson (Restricted Document). (Gerdts, Daniel) (Entered: 08/11/2022) |
| 08/15/2022 | 100 | | MOTION to Dismiss *as Unconstitutional on its Face and as Applied* by Edell Jackson. (Gerdts, Daniel) (Entered: 08/15/2022) |
| 08/23/2022 | 101 | | RESPONSE in Opposition by USA as to Edell Jackson re 100 MOTION to Dismiss *as Unconstitutional on its Face and as Applied* (Calhoun−Lopez, Thomas) (Entered: 08/23/2022) |
| 08/26/2022 | 104 | | Minute Entry for proceedings held before Judge Donovan W. Frank: Sentencing held on 8/26/2022 for Edell Jackson. (Court Reporter Lynne Krenz) (las) (Entered: 08/30/2022) |
| 08/26/2022 | | | *SEALED* Set/Reset: 98 Letters, E−mails, and Other Sentencing Hearing Materials, 99 Letters, E−mails, and Other Sentencing Hearing Materials as to Edell Jackson. **Document to be unsealed on 8/26/2037** (ABR) (Entered: 08/31/2022) |
| 08/29/2022 | 102 | | Letter to the Court re: Revised Notice as to Edell Jackson (Restricted Document). (NJS) (Entered: 08/29/2022) |

| 08/29/2022 | 103 | | REVISED PRESENTENCE REPORT/ADDENDUM as to Edell Jackson (Restricted Document). (NJS) (Entered: 08/29/2022) |
|---|---|---|---|
| 08/30/2022 | 105 | | NOTICE OF APPEAL by Edell Jackson (Gerdts, Daniel) (Entered: 08/30/2022) |
| 08/31/2022 | 106 | | REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Edell Jackson. (ABR) (Entered: 08/31/2022) |
| 08/31/2022 | | | Electronic transmission of Notice of Appeal and Docket Sheet as to Edell Jackson to US Court of Appeals re 105 Notice of Appeal – Final Judgment. Transmitted electronically the following documents: 105 Notice of Appeal, 104 Sentencing Minutes, 106 Revised Information Sheet and District Court's Docket Sheet. (ABR) (Entered: 08/31/2022) |
| 09/01/2022 | 107 | | TRANSMITTAL OF RECORDS as to Edell Jackson re: PSI sent to the USCA. (CLK) (Entered: 09/01/2022) |
| 09/01/2022 | 108 | | SENTENCING JUDGMENT as to Edell Jackson (1). SENTENCED to Count 1, Custody of the BOP for 108 months; 3 years supervised release; $100.00 special assessment. Signed by Judge Donovan W. Frank on 9/1/2022. (MKB) (Entered: 09/01/2022) |
| 09/01/2022 | 109 | | Statement of Reasons as to Edell Jackson (Restricted Document). (cc: FLU and USA Close Out Unit) (MKB) (Entered: 09/01/2022) |
| 09/01/2022 | 110 | | (Text–Only) Notice to USCA of Subsequent Filing in a Criminal Case, Re: Statement of Reasons 109 , Sentencing Judgment 108 as to Edell Jackson. (MKB) (Entered: 09/01/2022) |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

USCA8 NO.
_____

NOTICE OF APPEAL

| United States of America, | * | |
| | * | |
| Plaintiff, | * | Criminal No. 21-51(DWF/TNL) |
| | * | District Court Docket Number |
| vs. | * | |
| | * | |
| Edell Jackson, | * | Donavan W. Frank, |
| | * | Senior District Court Judge |
| Defendant. | * | |

Notice is hereby given that Defendant Edell Jackson appeals to the United States

Court of Appeals for the Eighth Circuit from the conviction and sentence imposed on 26

August 2022, and set forth in the Judgment yet to be filed.


s/ *Daniel L. Gerdts*               Dated: 30 August 2022
Signature of Defendant's Counsel

Daniel L. Gerdts, Lawyer
331 Second Avenue South, Suite 705
Minneapolis, MN 55401

___

**TRANSCRIPT ORDER FORM**
To Be Completed by Attorney for Appellant

___

_X_     Please prepare a transcript of:

| | |
|---|---|
| PRETRIAL CONFERENCE, 1 March 2022 | Court Reporter: Lynn Krenz |
| TRIAL, 7-10 March 2022 | Court Reporter: Erin Drost |
| TRIAL,11 March 2022 | Court Reporter: Lynne Krenz |
| SENTENCING, 26 August 2022 | Court Reporter: Lynne Krenz |

# UNITED STATES DISTRICT COURT
## District of Minnesota

## REVISED INFORMATION SHEET-Criminal Cases Only

1. United State of America v.  Edell Jackson CR 21-51

2. Defendant and Address:      Reg. No. 31717-509
   Sherburne County Jail
   13880 Business Ctr Dr NW
   Elk River, MN 55330

3. Date of Verdict: 3/11/2022 Length of trial: 3 days. ☒ By Jury

4. Appealing: ☒ Both

5. Sentence:  Custody of BOP for 108 months, 3 yrs supervised release, special assmt of $100.00

6. Date sentence imposed: 8/26/2022

7. Defendant incarcerated? ☒ Yes

8. Financial Status: Fee paid? ☒ N/A Counsel appointed

9. Notice of Appeal was filed on 8/30/2022

10. Court Reporter: Carla Bebault, Erin Drost, Lynne Krenz.

11. Trial Counsel:

    Daniel L Gerdts
    331 Second Avenue South
    Suite 705
    Minneapolis, MN 55401
    612-800-5086
    Email: daniel@danielgerdtslaw.com

12. Trial Counsel was:   ☒ Appointed
    Is there any reason why trial counsel should not be appointed on appeal?   ☐ Yes  ☒ No

13. Assistant U.S. Attorney:  Angela M. Munoz, Thomas Calhoun-Lopez, 612-664-5000

14. List of other defendants in this case & disposition: N/A

15. Additional Comments:

    ☒Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit.

Prepared by: abr

AO 245B (Rev. 11/16)   Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **JUDGMENT IN A CRIMINAL CASE** |
| | § | |
| v. | § | |
| | § | Case Number: **0:21-CR-00051-DWF-TNL(1)** |
| **EDELL JACKSON** | § | USM Number: **31717-509** |
| | § | **Daniel L Gerdts** |
| | § | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s)

☐ pleaded nolo contendere to count(s) which was accepted by the court

☒ was found guilty on count(s) after a plea of not guilty 1.

The defendant is adjudicated guilty of these offenses:

| Title & Section / Nature of Offense | Offense Ended | Count |
|---|---|---|
| 18:922(g)(1) and 924(e) ARMED CAREER CRIMINAL IN POSSESSION OF A FIREARM | 01/14/2021 | 1 |

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☒ Count(s) ☐ is ☐ are dismissed on the motion of the United States

☒ The Special Assessment in the amount of **$100.00** shall be paid in full immediately. If the defendant has not paid the Special Assessment fee, the monies shall be deducted from any wages earned while incarcerated.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**August 26, 2022**
Date of Imposition of Judgment

s/Donovan W. Frank
Signature of Judge

**DONOVAN W. FRANK**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**September 1, 2022**
Date

1

AO 245B (Rev. 11/16)  Sheet 2 - Imprisonment

| DEFENDANT: | EDELL JACKSON |
|---|---|
| CASE NUMBER: | 0:21-CR-00051-DWF-TNL(1) |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 108 month(s) as to count 1.

☒    The court makes the following recommendations to the Bureau of Prisons:
     That the defendant be designated to a Minnesota facility to be close to his family, including an infant child and minor children.  Given prior medical diagnoses, that the defendant be screened for medical and mental health issues along with alcohol and drug issues and that he further receive treatment based on those evaluations.  Also, that the defendant be allowed to participate in the 500-hour Residential Drug Abuse Program offered by the Bureau of Prisons.

☒    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐    at                 on

     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐    before             on
     ☐    as notified by the United States Marshal.
     ☐    as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

     Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

2

AO 245B (Rev. 11/16)  Sheet 3 – Supervised Release

| | |
|---|---|
| DEFENDANT: | EDELL JACKSON |
| CASE NUMBER: | 0:21-CR-00051-DWF-TNL(1) |

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :  **three (3) years.**

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.

2. You must not unlawfully possess a controlled substance.

3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)

4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)

5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)

6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.)  as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)

7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

AO 245B (Rev. 11/16)  Sheet 3A – Supervised Release

DEFENDANT:          EDELL JACKSON
CASE NUMBER:        0:21-CR-00051-DWF-TNL(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at www.uscourts.gov.

Defendant's Signature  _____        Date  _____

Probation Officer's Signature  _____        Date  _____

AO 245B (Rev. 11/16)  Sheet 3D – Supervised Release

DEFENDANT:          EDELL JACKSON
CASE NUMBER:        0:21-CR-00051-DWF-TNL(1)

# SPECIAL CONDITIONS OF SUPERVISION

a. The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

b. The defendant shall complete an immediate assessment or participate in a program for substance abuse as approved by the probation officer upon release or relapse during their term of supervised release. That program may include testing and inpatient or outpatient treatment, counseling, or a support group. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program, not to exceed the total cost of treatment.

c. The defendant shall cooperate with a mental health assessment and follow any recommendations of that assessment if the supervising officer considers it advisable.

d. The defendant shall be screened for and/or participate in Reentry Court programming and shall abide by all rules of the program. Screening and/or participation may include referrals for substance abuse assessment and/or treatment and testing, mental health assessment and/or treatment, cognitive behavioral programs, medication compliance, and any other programming deemed appropriate to enhance the successful reintegration of the defendant into the community. The defendant shall contribute to the cost of this program, as to substance abuse and/or mental health assessment/treatment, to the extent that the defendant is deemed capable by the United States Probation Officer.

e. The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

f. As part of the defendant's substance abuse program, the defendant shall make a good faith effort to obtain and work with an AA or NA sponsor.

g. The defendant shall participate in not less than one (1) AA/NA/MA or 12-step program meeting per week.

h. The defendant shall take any prescribed medications as directed by a medical provider.

AO 245B (Rev. 11/16)  Sheet 5 – Criminal Monetary Penalties

| DEFENDANT: | EDELL JACKSON |
| CASE NUMBER: | 0:21-CR-00051-DWF-TNL(1) |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments.

|  | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $100.00 | n/a | n/a | n/a | n/a |

☐    The determination of restitution is deferred until    An *Amended Judgment in a Criminal Case (AO245C)* will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name and Address of Payee | ***Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTALS: | $0.00 | $0.00 | 0.00% |

**Payments are to be made to the Clerk, U.S. District Court, for disbursement to the victim.**

☐    Restitution amount ordered pursuant to plea agreement $

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options  may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐   the interest requirement is waived for the    ☐   fine      ☐   restitution

     ☐   the interest requirement for the    ☐   fine      ☐   restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

6

AO 245B (Rev. 11/16)  Sheet 6 – Schedule of Payments

DEFENDANT:          EDELL JACKSON
CASE NUMBER:        0:21-CR-00051-DWF-TNL(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A**  ☐  Lump sum payments of $ _____ due immediately, balance due

    ☐  not later than _____ , or

    ☐  in accordance          ☐  C,        ☐  D,        ☐  E, or       ☐  F below; or

**B**  ☐  Payment to begin immediately (may be combined with      ☐  C,        ☐  D, or       ☐  F below); or

**C**  ☐  Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D**  ☐  Payment in equal 20 *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E**  ☐  Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**  ☒  Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $100.00 for Count 1, which shall be due immediately.  If the defendant has not paid the Special Assessment fee, the monies shall be deducted from any wages earned while incarcerated.  If the special assessment has not been paid in full while incarcerrated upon his release from prison, payments of $25.00 per month shall commence 60 days from release until paid if full.  Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|

☐  The defendant shall pay the cost of prosecution.
☐  The defendant shall pay the following court cost(s):

☒  The defendant shall forfeit the defendant's interest in the following property to the United States:
    All property included in the Preliminary Order of Forfeiture dated March 30, 2022.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.