UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
No. 22-2870

| United States of America, | ) | |
| --- | --- | --- |
| | ) | APPELLANT'S MOTION |
| Respondent, | ) | FOR AN EXTENSION OF |
| | ) | THE TIME FOR FILING |
| v. | ) | BRIEF |
| | ) | |
| Edell Jackson, | ) | |
| | ) | |
| Appellant. | ) | |

Appellant, through his counsel, Daniel L. Gerdts, Esq., hereby respectfully moves the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for a 1-month extension of the time for filing his brief and addendum. Appellant's Brief presently is due today, 6 October 2022.

Undersigned counsel is presently in trial in a different case, and has been all week. Undersigned counsel needs additional time to review the district court record and draft the opening brief. Based on his existing obligations for scheduled trials and other professional responsibilities, undersigned counsel will need at least an additional month to draft and file the brief. Appellant

therefore requests that the date for filing Appellant's opening brief be extended until 7 November 2022.

Dated: 6 October 2022

Respectfully Submitted,

*s/ Daniel L. Gerdts*

_____
Daniel L. Gerdts
No. 207329
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086

ATTORNEY FOR APPELLANT

# CERTIFICATE OF COMPLIANCE

## No. 22-2870

This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body of the document contains 118 words.

This document complies with the type-face and style requirements of the Federal Rules of Appellate Procedure because this document has been prepared in a proportionally spaced typeface using Word 2019 software in 14-point, Times New Roman style.

Dated: 6 October 2022          s/ *Daniel L. Gerdts*

                                            _____
                                            Daniel L. Gerdts

# CERTIFICATE OF SERVICE

## No. 22-2870

Daniel L. Gerdts, a member in good standing of the bar of this Court, and hereinafter subscribed, states and affirms the following:

On the 6th day of October 2022, he served, or caused to be served, Appellant's Motion for an Extension of the Time for Filing Brief on opposing counsel Thomas Calhoun-Lopez, AUSA, and Angela M. Munoz, AUSA, who are registered CM/ECF users and who will be served by the CM/ECF system by virtue of my having filed said document electronically.

Dated: 6 October 2022          s/ *Daniel L. Gerdts*
                                                                       _____
                                                                         Daniel L. Gerdts