# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
No. 22-2870

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | APPELLANT'S MOTION |
| Respondent, | ) | FOR AN EXTENSION OF |
| | ) | THE TIME FOR FILING |
| v. | ) | BRIEF |
| | ) | |
| Edell Jackson, | ) | |
| | ) | |
| Appellant. | ) | |

Appellant, through his counsel, Daniel L. Gerdts, Esq., hereby respectfully moves the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for a 3-week extension of the time for filing his brief and addendum. Appellant's Brief presently is due today, 7 November 2022.

Undersigned counsel received one previous extension, and has made good progress, but needs additional time to research and draft the opening brief. Based on his existing obligations for deadlines in the district courts, and other professional responsibilities, undersigned counsel estimates that he will need three more weeks to draft and file the brief. Appellant therefore requests that

the date for filing Appellant's opening brief be extended until 28 November 2022.

Dated: 7 November 2022		Respectfully Submitted,

*s/ Daniel L. Gerdts*

_____
Daniel L. Gerdts
No. 207329
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086

ATTORNEY FOR APPELLANT

# CERTIFICATE OF COMPLIANCE

## No. 22-2870

This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body of the document contains 113 words.

This document complies with the type-face and style requirements of the Federal Rules of Appellate Procedure because this document has been prepared in a proportionally spaced typeface using Word 2019 software in 14-point, Times New Roman style.

Dated: 7 November 2022　　　　　　　*s/ Daniel L. Gerdts*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Daniel L. Gerdts

3

Appellate Case: 22-2870　　　Page: 3　　　Date Filed: 11/07/2022 Entry ID: 5215832

# CERTIFICATE OF SERVICE

## No. 22-2870

Daniel L. Gerdts, a member in good standing of the bar of this Court, and hereinafter subscribed, states and affirms the following:

On the 7th day of November 2022, he served, or caused to be served, Appellant's Motion for an Extension of the Time for Filing Brief on opposing counsel Thomas Calhoun-Lopez, AUSA, and Angela M. Munoz, AUSA, who are registered CM/ECF users and who will be served by the CM/ECF system by virtue of my having filed said document electronically.

Dated: 7 November 2022          s/ *Daniel L. Gerdts*
                                                                 _____
                                                                 Daniel L. Gerdts