# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

___

**ORDER**

Appellant's motion for an extension of time to file the brief is granted. Appellant may have until November 28, 2022 to file the brief.

November 08, 2022

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
 /s/ Michael E. Gans