UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
No. 22-2870

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | APPELLANT'S MOTION |
| Respondent, | ) | FOR AN EXTENSION OF |
| | ) | THE TIME FOR FILING |
| v. | ) | BRIEF |
| | ) | |
| Edell Jackson, | ) | |
| | ) | |
| Appellant. | ) | |

Appellant, through his counsel, Daniel L. Gerdts, Esq., hereby respectfully moves the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for an 8-day extension of the time for filing his brief and addendum. Appellant's Brief presently is due today, 28 November 2022.

Undersigned counsel received two previous extensions amounting to seven weeks. The parameters of the written arguments to be raised have been decided, and the brief is getting close to completion. But additional time is needed for research and writing, as the primary issues to be raised are relatively novel and quite complex arguments that require additional work for proper

presentation in this Court, and were complicated and time-consuming in the district court as well.

Based on his existing obligations for deadlines in the district courts, and other professional responsibilities, undersigned counsel estimates that a short 8-day extension is necessary to draft and file the brief. Appellant therefore requests that the date for filing Appellant's opening brief be extended until 6 December 2022.

Dated: 28 November 2022　　　　　　　Respectfully Submitted,

*s/ Daniel L. Gerdts*

_____
Daniel L. Gerdts
No. 207329
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086

ATTORNEY FOR APPELLANT

# CERTIFICATE OF COMPLIANCE

## No. 22-2870

This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body of the document contains 165 words.

This document complies with the type-face and style requirements of the Federal Rules of Appellate Procedure because this document has been prepared in a proportionally spaced typeface using Word 2021 software in 14-point, Times New Roman style.

Dated: 28 November 2022     s/ Daniel L. Gerdts
                            _____
                            Daniel L. Gerdts

# CERTIFICATE OF SERVICE

## No. 22-2870

Daniel L. Gerdts, a member in good standing of the bar of this Court, and hereinafter subscribed, states and affirms the following:

On the 28th day of November 2022, he served, or caused to be served, Appellant's Motion for an Extension of the Time for Filing Brief on opposing counsel Thomas Calhoun-Lopez, AUSA, and Angela M. Munoz, AUSA, who are registered CM/ECF users and who will be served by the CM/ECF system by virtue of my having filed said document electronically.

Dated: 28 November 2022        s/ *Daniel L. Gerdts*
                                                                             _____
                                                                             Daniel L. Gerdts