UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2870

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Appellee, | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME FOR BRIEF OF** |
| v. | ) | **APPELLEE** |
| | ) | |
| EDELL JACKSON, | ) | |
| | ) | |
| Appellant. | ) | |

The Appellee, the United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time for filing its brief in the above-entitled matter.

The undersigned counsel will be traveling out of the State of Minnesota from December 21 until January 3, 2023.

Appellee's brief is currently due December 28, 2022. For all the foregoing reasons, counsel respectfully requests an extension to file Appellee's Brief on January 18, 2023.

Dated: December 21, 2022

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Thomas Calhoun-Lopez*

BY: THOMAS CALHOUN-LOPEZ
Assistant U.S. Attorney
Attorney ID No. 480908DC

Appellate Case: 22-2870    Page: 2    Date Filed: 12/21/2022 Entry ID: 5229478

## Certificate of Compliance

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 103 words proportionally spaced. The motion was prepared using Microsoft Word 365.

Dated: December 21, 2022          Respectfully submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Thomas Calhoun-Lopez*

BY: THOMAS CALHOUN-LOPEZ
Assistant U.S. Attorney
Attorney ID No. 480908DC

3