APPEARANCE
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

NO. 22-2870

EDELL JACKSON, Petitioner - Appellant

vs.

UNITED STATES OF AMERICA, Respondent - Appellee

**The Clerk will enter my appearance as Counsel for the following party(s): (please specify):**

UNITED STATES OF AMERICA, Respondent - Appellee

s/ David M. Genrich
**ATTORNEY NAME**

| | |
|---|---|
| U.S. Attorney's Office | (651) 848-1950 |
| **FIRM NAME** | **OFFICE PHONE NUMBER** |
| 404 U.S. Courthouse, 316 North Robert Street | (651) 848-1943 |
| **STREET or P.O. BOX** | **FACSIMILE NUMBER** |
| St. Paul, MN 55101 | David.Genrich@usdoj.gov |
| **CITY, STATE, ZIP** | **E-MAIL ADDRESS** |

## CERTIFICATE OF SERVICE

x    I hereby certify that on January 17, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

*s/David M. Genrich*