UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2870

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Appellee, | ) | |
| | ) | **MOTION FOR EXTENSION** |
| v. | ) | **OF TIME FOR BRIEF OF** |
| | ) | **APPELLEE** |
| EDELL JACKSON, | ) | |
| | ) | |
| Appellant. | ) | |

    The Appellee, the United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and David M. Genrich, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time for filing its brief in the above-entitled matter.

    The government's responsive brief in the above-entitled matter is due January 18, 2023. The government respectfully requests an extension of time to February 8, 2023, for submission of the responsive brief.

    Appellant was convicted following a jury trial of being a felon in possession of a firearm. The district court sentenced Appellant to 108 months' imprisonment. Appellant challenges on appeal the district court's jury instructions and the constitutionality of the statute of conviction as applied to him. The undersigned did not represent the government in district court.

The claims made by Appellant require review and summary of the trial record and research and analysis of legal matters of first impression in this Circuit. Appellant's instructional and constitutional claims include statutory construction and Second Amendment arguments that have not been addressed by this Court and arise out of the Supreme Court's *Rehaif* and *Bruen* decisions, the latter of which requires historical analysis of the Second Amendment. The undersigned has made progress in preparation of the government's brief, which has coincided with responsibilities in district court. The undersigned respectfully requests this extension to continue and complete the necessary work on the government's responsive brief.

In consideration of the above, the undersigned respectfully requests an extension until February 8, 2023, to file the government's responsive brief.

Dated: January 17, 2023

Respectfully submitted,

ANDRW M. LUGER
United States Attorney

 */s/ David M. Genrich*

BY: DAVID M. GENRICH
Assistant U.S. Attorney
Attorney Number 0281311

# CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 272 words proportionally spaced using Times New Roman, 14-point font. The brief was prepared using Microsoft Word 365.

Dated: January 17, 2023

Respectfully submitted,

ANDREW M. LUGER
United States Attorney

 */s/ David M. Genrich*

BY:  DAVID M. GENRICH
Assistant U.S. Attorney
Attorney Number 0281311

# CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, the government's Motion for Extension of Time for Brief of Appellee was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/David M. Genrich