# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

---

## ORDER

Appellee's motion for extension of time to file the brief is granted. Appellee may have

until February 8, 2023 to file the brief.

January 17, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans