UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2870

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Appellee, | ) | |
| | ) | **MOTION FOR EXTENSION** |
| v. | ) | **OF TIME FOR BRIEF OF** |
| | ) | **APPELLEE** |
| EDELL JACKSON, | ) | |
| | ) | |
| Appellant. | ) | |

The Appellee, the United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and David M. Genrich, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for a two-day extension of time for filing its brief in the above-entitled matter.

The government's responsive brief in the above-entitled matter is due February 15, 2023. The government respectfully requests an extension of time to February 17, 2023, for submission of the responsive brief.

Appellant was convicted following a jury trial of being a felon in possession of a firearm. The district court sentenced Appellant to 108 months' imprisonment. Appellant challenges on appeal the district court's jury instructions and the constitutionality of the statute of

conviction as applied to him. The undersigned did not represent the government in district court.

The undersigned has nearly completed the draft responsive brief, which includes instructional and constitutional claims that have not previously been addressed by this Court. The draft brief, which is substantial in length, is under review by the attorneys for the government who handled the matter in district court as well as DOJ appellate attorneys. Based upon the time needed to complete review and revision of the brief and prepare it for filing, and the undersigned's responsibility to assist in preparation of our Office's oral argument before this Court in *United States v. Conley* on February 16, the government respectfully requests a two-day extension until February 17, 2023, to complete the necessary work on the government's responsive brief.

Dated: February 14, 2023	Respectfully submitted,

 	ANDRW M. LUGER
 	United States Attorney

 	 */s/ David M. Genrich*

 	BY:  DAVID M. GENRICH
 	Assistant U.S. Attorney
 	Attorney Number 0281311

2

Appellate Case: 22-2870     Page: 2      Date Filed: 02/14/2023 Entry ID: 5245941

# CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 264 words proportionally spaced using Century Schoolbook, 14-point font. The motion was prepared using Microsoft Word 365.

Dated: February 14, 2023   Respectfully submitted,

                                           ANDREW M. LUGER
                                           United States Attorney

                                           */s/ David M. Genrich*

                                           BY:   DAVID M. GENRICH
                                           Assistant U.S. Attorney
                                           Attorney Number 0281311

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, the government's Motion for Extension of Time for Brief of Appellee was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/David M. Genrich*