# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

---

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until February 17, 2023 to file the brief.

February 15, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans