UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
Appeal No. 22-2870

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Appellee, | ) | |
| | ) | **MOTION FOR EXTENSION** |
| v. | ) | **OF TIME FOR BRIEF OF** |
| | ) | **APPELLEE** |
| EDELL JACKSON, | ) | |
| | ) | |
| Appellant. | ) | |

The Appellee, the United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and David M. Genrich, Assistant United States Attorney, respectfully moves the Court pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure for an extension of time for filing its brief in the above-entitled matter.

The government's responsive brief in the above-entitled matter is due February 17, 2023. The government respectfully requests an extension of time to February 24, 2023, for submission of the responsive brief.

Appellant was convicted following a jury trial of being a felon in possession of a firearm. The district court sentenced Appellant to 108 months' imprisonment. Appellant challenges on appeal the district court's jury instructions and the constitutionality of the statute of

conviction as applied to him. The undersigned did not represent the government in district court.

The undersigned has completed the draft responsive brief, which includes instructional and constitutional claims that have not previously been addressed by this Court. In particular, the draft includes discussion of Appellant's claim that the felon-in-possession statute is unconstitutional as-applied to him in light of the Supreme Court's 2022 decision in *New York State Rifle & Pistol Ass'n v. Bruen*. *Bruen* litigation is accelerating nationwide, and components of the Department of Justice in Washington, D.C., are formulating and coordinating the government's Second Amendment positions in light of the historical analysis required by *Bruen*, which has not yet been the subject of an opinion of this Court.

Although the undersigned had intended for the brief to be completed and filed this week, the undersigned's draft remains under review by the relevant Main Justice components. In ongoing consultation with Main Justice, and based upon the complexity of the issues, the developing state of the law, the length of the responsive brief, and the responsibilities of the review team (including an oral argument before this Court in Kansas City on February 16), the government respectfully

requests one additional week to complete its internal review, incorporate revisions, and prepare the brief for filing.

Dated: February 17, 2023  Respectfully submitted,

ANDRW M. LUGER
United States Attorney

 /s/ David M. Genrich

BY:   DAVID M. GENRICH
Assistant U.S. Attorney
Attorney Number 0281311

# CERTIFICATE OF COMPLIANCE

The undersigned attorney for the United States certifies this motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A). The motion has 344 words proportionally spaced using Century Schoolbook, 14-point font. The motion was prepared using Microsoft Word 365.

Dated: February 17, 2023      Respectfully submitted,

ANDREW M. LUGER
United States Attorney

 */s/ David M. Genrich*

BY:   DAVID M. GENRICH
Assistant U.S. Attorney
Attorney Number 0281311

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2023, the government's Motion for Extension of Time for Brief of Appellee was filed to the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/David M. Genrich*