No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

___

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until February 24, 2023, to file the brief. No further extensions will be granted.

February 17, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Michael E. Gans