# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

---

**ORDER**

On the court's own motion, this case has been removed from the Friday, May 12, 2023, oral argument calendar and rescheduled for oral argument on Thursday, May 11, 2023, as the sixth argument of the day in St. Paul, Minnesota. The hearing panel remains the same.

April 21, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans