United States of America

Plaintiff - Appellee

v.

Edell Jackson

Defendant - Appellant

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

**JUDGMENT**

Before SMITH, Chief Judge, COLLOTON, and BENTON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 02, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans