UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
No. 22-2870

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | APPELLANT'S MOTION |
| Respondent, | ) | FOR AN EXTENSION OF |
| | ) | THE TIME FOR FILING |
| v. | ) | A PETITION FOR |
| | ) | REHEARING |
| Edell Jackson, | ) | |
| | ) | |
| Appellant. | ) | |

Appellant, through his counsel, Daniel L. Gerdts, Esq., hereby respectfully moves the Court, pursuant to Federal Rule of Appellate Procedure 26(b), for a 28-day extension of the time for filing a petition for rehearing by the panel or by the Court *en banc*. Pursuant to Rule 40 of the Federal Rules of Appellate Procedure, such a petition would need to be filed within 14-days after entry of judgment. Judgment in the instant matter was entered on 2 June 2023, and the deadline is quickly approaching. Undersigned appointed counsel has not as of this time been able to confer with the incarcerated Appellant to discharge the duties of counsel under the 2015 Revision of Part V of the Eighth Circuit Plan to Implement the Criminal Justice Act of 1964. Considering that

the Third Circuit just issued an *en banc* decision that directly disagrees with the Panel opinion in this case, a petition for rehearing here must thoroughly explain why that circuit split of authority should be carefully considered by the Court sitting *en banc*.

Undersigned counsel therefore respectfully requests that the deadline for the filing of any petition for rehearing be extended until 14 July 2023.

Dated: 9 June 2023                                  Respectfully Submitted,

*s/ Daniel L. Gerdts*

_____
Daniel L. Gerdts
No. 207329
331 Second Avenue South, Suite 705
Minneapolis, MN 55401
612.800.5086

ATTORNEY FOR APPELLANT

# CERTIFICATE OF COMPLIANCE

# No. 22-2870

This document complies with the type-volume limits of Federal Rule of Appellate Procedure 27(d)(2)(A) because the body of the document contains 195 words.

This document complies with the type-face and style requirements of the Federal Rules of Appellate Procedure because this document has been prepared in a proportionally spaced typeface using Word 2021 software in 14-point, Times New Roman style.

Dated: 9 June 2023                    s/ *Daniel L. Gerdts*

                                                                                  _____

                                                                                  Daniel L. Gerdts

# CERTIFICATE OF SERVICE

## No. 22-2870

Daniel L. Gerdts, a member in good standing of the bar of this Court, and hereinafter subscribed, states and affirms the following:

On the 9th day of June 2023, he served, or caused to be served, Appellant's Motion for an Extension of the Deadline for Filing a Petition for Rehearing on opposing counsel, David Genrich, AUSA, and Thomas Calhoun-Lopez, AUSA, who are registered CM/ECF users and who will be served by the CM/ECF system by virtue of my having filed said document electronically.

Dated: 9 June 2023                                    s/ *Daniel L. Gerdts*
                                                                      _____
                                                                      Daniel L. Gerdts