# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

---

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

---

**ORDER**

The motion of appellant for an extension of time until July 14, 2023, to file a petition for rehearing is granted.

Electronically-filed petitions for rehearing <u>must</u> be received in the clerk's office on or before the due date.

The three-day mailing grace under Fed.R.App.P. 26(c) does not apply to petitions for rehearing.

June 12, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans