# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

___

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)

___

**ORDER**

A petition for rehearing has been filed by Appellant Edell Jackson in the above case. The court requests a response to the petition for rehearing en banc.

The response is limited to 3900 words, and must contain a word count certificate. The response should be filed electronically by July 27, 2023.

July 17, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Michael E. Gans