UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: United States vs. Edell Jackson

**The Clerk will enter my appearance as Counsel in Appeal No.** 22-2870 **for the following party(s): (please specify)**

United States

[ ] Appellant(s)  [ ] Petitioner(s)  [✓] Appellee(s)  [ ] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Mahogane Reed    s/: Mahogane Reed

Firm Name: U.S. Department of Justice

Business Address: 950 Pennsylvania Ave. NW

City/State/Zip: Washington, D.C. 20530

Telephone Number (Area Code): 202-615-1170

Email Address: mahogane.reed@usdoj.gov

---

**CERTIFICATE OF SERVICE**

[✓] I hereby certify that on 7/26/2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: