# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-2870

United States of America

Appellee

v.

Edell Jackson

Appellant

_____

Appeal from U.S. District Court for the District of Minnesota
(0:21-cr-00051-DWF-1)
_____

**ORDER**

The Opinion dated June 2, 2023 is hereby vacated.

August 08, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik